# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132398

EUG, LLC,
　　　　Plaintiff-Appellant,

v　　　　　　　　　　　　　　　　　　　　SC: 132398
　　　　　　　　　　　　　　　　　　　　COA: 268337
　　　　　　　　　　　　　　　　　　　　Oakland CC: 2004-062161-CH

RPL OF MICHIGAN, INC.,
　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the August 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

d0122